vision, Fourth Department. November 19, 1913.) Proceeding by the People of the State of New York against Michael Smolinski and another. No opinion. Appeal dismissed upon stipulation filed.

---

PEOPLE, Respondent, v. SORRENTINO, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Proceeding by the People of the State of New York against Tony Sorrentino. No opinion. Motion granted. See, also, 158 App. Div. 941, 143 N. Y. Supp. 1136.

---

PEOPLE, Respondent, v. SQUILLANTI, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Proceeding by the People of the State of New York against Antonio Squillanti. No opinion. Judgment of conviction of the court of Special Sessions affirmed. People v. Batteloro, 154 App. Div. 953, 139 N. Y. Supp. 1136.

---

PEOPLE, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Proceeding by the People of the State of New York against John Thompson. No opinion. Motion granted.

---

PEOPLE, Respondent, v. TOLMAN, Appellant. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Proceeding by the People of the State of New York against Daniel H. Tolman. G. G. Battle, of New York City, for appellant. L. Fabricant, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. TONOLO, Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Proceeding by the People of the State of New York against August Tonolo.

PER CURIAM. It does not appear that any appeal has been taken from the order of December 3, 1913, correcting the clerk's minutes. Under these circumstances, such correction must be deemed a correction of the case on appeal in this action, and the motion to so consider it is granted.

---

PEOPLE, Respondent, v. VENTIMIGLIA, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Proceeding by the People of the State of New York against Anthony Ventimiglia. K. H. Rosenberg, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. WARBLINSKY, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Proceedings by the People of the State of New

York against David Warblinsky. No opinion. Judgment of conviction of the County Court of Kings County reversed, and a new trial ordered, upon the ground that the affidavits used in the Magistrate's Court, and a copy of the testimony of Levine, were not received in evidence for any competent purpose. See, also, 154 App. Div. 899, 139 N. Y. Supp. 1139.

---

PEOPLE, Respondent, v. WILMER, Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Proceeding by the People of the State of New York against John Wilmer.

PER CURIAM. Judgment of conviction of the County Court of Westchester County affirmed. See, also, 156 App. Div. 888, 140 N. Y. Supp. 137.

JENKS, P. J., dissents, upon the ground that the evidence was not sufficient to justify a conviction.

---

PEOPLE v. ZERILLO. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Proceeding by the People of the State of New York against Frank Zerillo. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed. See, also, 146 App. Div. 812, 131 N. Y. Supp. 500.

---

PEOPLE ex rel. BOWDEN, Relator, v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Proceeding by the People of the State of New York, on the relation of William F. Bowden against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination confirmed, with $50 costs and disbursements.

---

PEOPLE ex rel. BOYD v. RUOFF, County Clerk. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Proceeding by the People of the State of New York, on the relation of Albert L. Boyd, against Leonard Ruoff, Clerk of the County of Queens.

PER CURIAM. We think, considering the short period of service of the relator and the volume of work done by him, that the number of errors made by him was not sufficient to establish incompetency on his part. None of the errors showed a hopeless incompetency, and a few days more of service might have resulted in a relative perfection. Before a final determination of incompetency was reached, a better opportunity should have been afforded the relator. Therefore the determination of the County Clerk is annulled, with $50 costs and disbursements, and the relator reinstated.

---

PEOPLE ex rel. BROOKLYN HEIGHTS R. CO., Appellant, v. CONNOLLY, Borough President, Respondent. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Proceeding by the People of the State